A party is permitted to introduce evidence of conditions at the accident scene in order to establish the degree of care expected of the respective parties. See, Smith v. Lawson,264 Ala. 389, 88 So.2d 322 (1956). Although the judge allowed testimony that the plaintiff was familiar with the road and the location of the plant entrance, I believe the defendant was also entitled to introduce evidence of the warning given by way of the "Industrial Entrance" and "45 M.P.H." advisory signs. A careful review of the record reveals that only one photograph picturing the signs was admitted, and in that photograph the signs were so distant that the sign lettering was not discernible. I believe evidence of the signs and the related testimony of the State Highway Department district engineer and the state trooper were admissible as relevant to the degree of care reasonably expected of plaintiff under the circumstances. It was clear error for the judge to exclude all evidence of the advisory sign and suggested speed, and I would reverse.
ALMON and EMBRY, JJ., concur.
 On Application for Rehearing